# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CLINTON RICE,**<br>     Plaintiff,<br><br>vs.<br><br>**NANCY A. BERRYHILL,**<br>Acting Commissioner of Social<br>Security Administration,<br>     Defendant. | **Case No. 15-CV-203-JHP-SPS** |

## ORDER

  Plaintiff, Clinton Rice, has moved the court for an award of attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C., §2412(d). The Commissioner objected to the amount claimed by Plaintiff. Consequently, this case was referred to the United States Magistrate Judge for a Report and Recommendation. The United States Magistrate Judge entered a Report and Recommendation (Dkt.# 31) recommending that Plaintiff's Motion for Attorney Fees be granted, and that $4,803.10 be awarded to the Plaintiff's attorneys. Defendant has filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

  This Court finds the Report and Recommendation of the Magistrate Judge (Dkt.# 31), is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

**IT IS SO ORDERED** this 9th day of May, 2017.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma